William Frendreis, appellee, v. Mutual Benefit and Aid Society, appellant. Gen. No. 36,118.

Wilson, P. J., dissents. Opinion filed May 24, 1933.

Otto C. Rentner, for appellant. Gustave Neuberg, for appellee.

Mr. Justice Hall delivered the opinion of the court.